IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KENDRICK LAMEL WASHINGTON** **#58401-177,** ) | | |
| Movant, ) | No. 3:20-CV-2570-S-BH | |
| vs. ) | No. 3:19-CR-0086-S-4 | |
| ) | | |
| **UNITED STATES OF AMERICA,** ) | | |
| Respondent. ) | | |

### ORDER

Before the Court is the *Motion Under 28 U.S.C. Section 2255, To Vacate, Set Sside, or Correct Sentence by a Person in Federal Custody*, received on September 25, 2020 (doc. 4). On August 31, 2020, it was recommended that *Kendrick Lamel Washington's Motion to Hold In Abeyance or Place Holder the Statute of Limitation to File A 28 U.S.C. § 2255 Motion*, received on August 24, 2020 (doc. 1), be dismissed for lack of jurisdiction, unless he filed his § 2255 motion within the fourteen-day period for objecting to the recommendation, or by some other deadline set by the Court. (*See* doc. 3.) The movant has now filed his formal § 2255 motion. Accordingly, the August 31, 2020 findings, conclusions, and recommendation, which have not yet been accepted, are hereby **VACATED**.

SIGNED this 28th day of September, 2020.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE